# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WORKHORSE GROUP, INC. and ) | |
| WORKHORSE TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00454-TSB |
| ) | |
| WEI WEI, HAONAN (LEO) ZHANG, and ) | |
| ARC UAS, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to S.D. Ohio L.R. 83.4(b), the undersigned Spencer W. Tanner requests leave of Court to withdraw his *pro hac vice* appearance on behalf of Defendants Wei Wei, Haonan (Leo) Zhang, and ARC UAS, Inc. in this case. Defendants will continue to be represented by Jarrod M. Mohler, Richard Hamilton, Jr and Anthony E. Dowell (*pro hac vice)*, who have previously appeared for Defendants in this case. Notice pursuant to S.D. Ohio L.R. 83.4(b) has been provided to Defendants Wei Wei, Haonan (Leo) Zhang, and ARC UAS, Inc. and all counsel of record.

WHEREFORE, Spencer W. Tanner requests that the Court enter an order withdrawing his *pro hac vice* appearance on behalf of Wei Wei, Haonan (Leo) Zhang, and ARC UAS, Inc. in this case and all other appropriate relief.

Dated:  January 20, 2023                Respectfully Submitted,

*/s/ Spencer W. Tanner*
Spencer W. Tanner
Gutwein Law
250 Main Street, Suite 590

Lafayette, Indiana 47901<br>
T: (765) 423-7900 | F: (765) 423-7901<br>
Spencer.tanner@gutweinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Connie M. Kremer
ckremer@taftlaw.com

Daniel R. Saeedi
dsaeedi@taftlaw.com

Jonathan G. Polak
jpolak@taftlaw.com

Blair A. Harrington
bharrington@taftlaw.com

Jarrod M. Mohler
jmohler@rkpt.com

Richard O. Hamilton, Jr.
rhamilton@rkpt.com

Anthony E. Dowell
aedowell@dowellcomlit.com

*/s/ Spencer W. Tanner*
Spencer W. Tanner

4856-5597-7548, v. 1