**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| WORKHORSE GROUP INC. and WORKHORSE TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> WEI WEI, HAONAN (LEO) ZHANG, and ARC UAS, INC., <br><br> Defendants. | Case No. 1:22-cv-00454-TSB |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to S.D. Ohio L.R. 83.4(b), the undersigned Blair A. Harrington requests leave of Court to withdraw her *pro hac vice* appearance on behalf of Plaintiffs in this case. Plaintiffs will continue to be represented by Connie Kremer, Daniel Saeedi (*pro hac vice*), Jeffrey Parker, Jr. (*pro hac vice*), and Jonathan Polak (*pro hac vice*), who have appeared for Plaintiffs in this case. Notice pursuant to S.D. Ohio L.R. 83.4(b) has been provided to Plaintiffs and all counsel of record.

WHEREFORE, Blair A. Harrington requests that the Court enter an order withdrawing her *pro hac vice* appearance on behalf of Plaintiffs in this case and all other appropriate relief.

Dated: April 4, 2023
Respectfully submitted,

By: */s/Blair A. Harrington*
Blair A. Harrington (admitted *PHV*)
TAFT STETTINIUS & HOLLISTER LLP
80 S. 8th Street
2200 IDS Center
Minneapolis, MN 55402
Tel: (612) 977-8400
Fax: (612) 977-8650
bharrington@taftlaw.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2023, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system, which will provide notice of such filing to all counsel of record.

                              */s/Blair A. Harrington*