**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| WORKHORSE GROUP, INC., et al., <br>     Plaintiffs, | Case No. 1:22-cv-454 <br> Black, J. <br> Litkovitz, M.J. |
| v. | |
| WEI WEI, et al., <br>     Defendants. | **ORDER** |

This matter came before the Court on Thursday, October 5, 2023 for a telephone status conference. As addressed at the conference, this matter is set for an informal telephone discovery conference on **Friday, October 20, 2023 at 2:00 p.m.** It is **ORDERED** that counsel for all parties submit a **JOINT AGENDA** of the issues to be discussed at the conference and a one to two-page summation of their position regarding the outstanding discovery dispute at least **three (3) days** before the scheduled telephone discovery conference. Briefs should be submitted directly to chambers either by email at litkovitz_chambers@ohsd.uscourts.gov or by fax at (513) 564-7691. Counsel for all parties shall exchange their statements before the conference.

By agreement of the parties, and with the consent of the Court, the deadlines for fact discovery and disclosure of non-expert (fact) witnesses are hereby **STAYED** pending the resolution of the discovery dispute.

**IT IS SO ORDERED.**

Date: 10/5/2023

Karen L. Litkovitz
Chief United States Magistrate Judge