# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WORKHORSE GROUP, INC., et al.,<br>    Plaintiffs, | Case No. 1:22-cv-454<br>Black, J.<br>Litkovitz, M.J. |
| v. | |
| WEI WEI, et al.,<br>    Defendants. | **ORDER** |

This matter came before the Court on Friday, October 20, 2023 for an informal telephone discovery conference. As addressed at the conference, the parties are **ORDERED** to establish an agreed upon ESI protocol concerning the information that is in the possession of defendants as follows. Plaintiffs **SHALL** send a copy of the proposed ESI protocol to defendants by **Friday, October 27, 2023**. Defendants **SHALL** respond by **Friday, November 3, 2023**. If the parties are unable to come to an agreement, the parties are **ORDERED** to submit a **JOINT STATUS REPORT** of the outstanding issues pertaining to the ESI protocol directly to chambers either by email at litkovitz_chambers@ohsd.uscourts.gov or by fax at (513) 564-7691 by **Friday, November 10, 2023**. This matter is set for a follow-up telephone status conference on **Tuesday, November 14, 2023 at 4:00 p.m.**

    IT IS SO ORDERED.

Date: 10/20/2023

_____
Karen L. Litkovitz
Chief United States Magistrate Judge