# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WORKHORSE GROUP, INC., et al.,<br>    Plaintiffs, | Case No. 1:22-cv-454<br>Black, J.<br>Litkovitz, M.J. |
| v. | |
| WEI WEI, et al.,<br>    Defendants. | **ORDER** |

This matter came before the Court on Tuesday, November 14, 2023 for a telephone discovery conference. As discussed at the conference, defendants are **ORDERED** to address the terms of plaintiffs' proposed ESI protocol, and propose alternatives, if they wish, by **Tuesday, November 28, 2023**. Defendants **SHALL** send a copy of any proposed revisions to plaintiffs by this date. The parties shall meet and confer on any proposed revisions and attempt to resolve any disagreements prior to the next conference with the Court. This matter is set for a follow-up telephone discovery conference on **Friday, December 8, 2023 at 10:00 a.m.**

    IT IS SO ORDERED.

Date: 11/15/2023

Karen L. Litkovitz
Chief United States Magistrate Judge