# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

WORKHORSE GROUP, INC., et al.,　　　　　　　　Case No. 1:22-cv-454
　　Plaintiffs,　　　　　　　　　　　　　　　　　Black, J.
　　　　　　　　　　　　　　　　　　　　　　　　Litkovitz, M.J.

v.

WEI WEI, et al.,　　　　　　　　　　　　　　　　**ORDER**
　　Defendants.

This matter came before the Court on December 8, 2023 for a discovery conference. As addressed at the conference, it is **ORDERED** that the cost of the ESI protocol agreed to by the parties shall be evenly split between the parties. Once the discovery dispute is resolved, either party may request reimbursement of their ESI protocol costs from the opposing party. It is further **ORDERED** that both parties shall sign the vendor agreement with the agreed upon neutral vendor.

By agreement of the parties, and with the consent of the Court, the deadlines in the Amended Calendar Order (Doc. 40) are hereby **STAYED** pending the resolution of the discovery dispute. This matter is set for a telephone status conference on **Monday, February 5, 2024 at 4:00 p.m.** The parties **SHALL** jointly file a proposed second amended calendar order prior to this conference.

**IT IS SO ORDERED.**

Date: 12/8/2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge